# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MOSAWAR AZALYAR, <br><br> Petitioner, <br><br> v. <br><br> KEVIN RAYCRAFT, Acting Field Office Director of Enforcement and Removal Operations, Columbus Field Office, Immigration and Customs Enforcement, et al., <br><br> Respondents. | Case No. 1:25-CV-916 <br><br> Judge Michael R. Barrett <br><br> **ORDER** |

Mosawar Azalyar brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Azalyar from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[2] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve Respondents with a copy of the petition and its accompanying papers, along with a copy of this order, by express mail and by email to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

_____
Michael R. Barrett
United States District Judge

---

[1] According to public records and Azalyar's petition, he is being held at the Butler County Jail on behalf of federal immigration authorities. Thus, the Court properly exercises jurisdiction over this matter. *See* 28 U.S.C. § 2241(c).

[2] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.